IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABEL REYES,

        Plaintiff,                CV F 07 0547 LJO WMW PC

   vs.                            ORDER RE MOTION (DOC 10)

DR. RODRIGUEZ,

        Defendant.

     Plaintiff has filed a motion requesting the court to screen the complaint. An order has been entered, dismissing the operative pleading with leave to amend. Plaintiff's motion is therefore moot.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion filed on February 8, 2008, is denied as moot.

IT IS SO ORDERED.

**Dated:   June 17, 2008**              /s/ William M. Wunderlich
                                                UNITED STATES MAGISTRATE JUDGE