IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABEL P. REYES,

        Plaintiff,                1: 07 CV 0547 LJO  WMW PC

    vs.                          ORDER RE MOTION (DOC 11)

DR. RODRIGUEZ, et al.,

        Defendants.

      Plaintiff has filed a motion requesting the court to respond to his original complaint. Subsequently, the court dismissed the original complaint and Plaintiff filed an amended complaint, which is now before the court. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a response to the complaint is denied as moot.

IT IS SO ORDERED.

**Dated:**   **September 9, 2008**            /s/  **William M. Wunderlich**
                                                   UNITED STATES MAGISTRATE JUDGE